RECEIVED
JUL 2 0 2022
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-099 |
| | ) | **AMENDED** |
| v. | ) | **INDICTMENT** |
| | ) | |
| LUIS OMAR CABRERA HEREDIA, | ) | T. 18 U.S.C. § 922(g)(3) |
| SERGIO AVALOS CASTELLANOS, | ) | T. 18 U.S.C. § 924(a)(2) |
| DAVID BURDETTE RANDALL, | ) | T. 18 U.S.C. § 924(d) |
| ERIC RODRIGUEZ, and | ) | T. 21 U.S.C. § 841(a)(1) |
| DAGOBERTO CAMARENA-RODRIGUEZ, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| | ) | T. 21 U.S.C. § 846 |
| Defendants. | ) | T. 21 U.S.C. § 853 |
| | ) | T. 28 U.S.C. § 2461(c) |

On 8/1/2022 Judge Adams ordered Indictment to be amended to change defendant's name to DAGOBERTO CAMARENA-RODRIGUEZ. Judge Adams ordered Indictment to be amended to correct spelling of defendant DAVID BURDETTE RANDALL's, middle name in Ct. 6 and on pages 8-9.

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least April 20, 2022 and continuing until April 29, 2022, in the Southern District of Iowa, the defendants, LUIS OMAR CABRERA HEREDIA, SERGIO AVALOS CASTELLANOS, DAVID BURDETTE RANDALL, ERIC RODRIGUEZ, and DAGOBERTO CAMARENA-RODRIGUEZ, conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, namely: 50 grams or more of methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about April 28, 2022, in the Southern District of Iowa, the defendant, LUIS OMAR CABRERA HEREDIA, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about April 28, 2022, in the Southern District of Iowa, the defendant, SERGIO AVALOS CASTELLANOS, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 4
### (Possession with Intent to Distribute a Controlled Substance)

On or about April 28, 2022, in the Southern District of Iowa, the defendant, DAGOBERTO CAMARENA-RODRIGUEZ, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

THE GRAND JURY FURTHER CHARGES:

## COUNT 5
### (Possession with Intent to Distribute a Controlled Substance)

On or about April 29, 2022, in the Southern District of Iowa, the defendant, DAVID BURDETTE RANDALL, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine, a Schedule II controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

THE GRAND FURTHER JURY CHARGES:

## COUNT 6
### (Unlawful Drug User in Possession of a Firearm)

On or about April 29, 2022, in the Southern District of Iowa, the defendant, DAVID BURDETTE RANDALL, in and affecting commerce, knowingly possessed a firearm, namely one or more of the following:

1. Ithaca 600 12-gauge shotgun, with serial number S5611006
2. Coast to Coast 267 Series B 12-gauge shotgun, with serial number A859574
3. Winchester 94 Rifle, with serial number 4211964
4. Riverside Arms Shotgun
5. Remington 512X .22 Caliber Rifle, with serial number ON47
6. Shotgun, with serial number 492061
7. Harrington & Richardson Topper Shotgun, with serial number AL250205
8. Smith & Wesson M&P 2.0 9mm pistol, with serial number NJY6198
9. Taurus TX22 pistol, with serial number 1PT382202
10. Smith & Wesson 422 Pistol, with serial number TBR0943
11. Kimber Micro9 Pistol, with serial number PB0205096
12. Sturm Ruger & Co. Security 6, with serial number 15261181
13. Rohm GMBH 66 Pistol, with serial number IB135116
14. Arminus .22 caliber pistol, with serial number 702531

At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

That upon conviction of the offense set forth in Counts 1 and/or 2 of this Indictment, the defendant, LUIS OMAR CABRERA HEREDIA, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: approximately $4,571 in U.S. currency.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction of the offense set forth in Counts 1 and/or 3 of this Indictment, the defendant, SERGIO AVALOS CASTELLANOS, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: approximately $742 in U.S. currency.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

NOTICE OF FORFEITURE

That upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, ERIC RODRIGUEZ, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: approximately $17,000 in U.S. currency.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

That upon conviction of the offense set forth in Counts 1 and/or 5 of this Indictment, the defendant, DAVID BURDETTE RANDALL, shall forfeit, to the United States, the following:

A. **Proceeds.** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to: the firearms and ammunition identified in Count 6 of this Indictment.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

THE GRAND JURY FURTHER FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense alleged in Count 6 of this Indictment, the defendant, DAVID BURDETTE RANDALL, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in Count 6 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Jonathan L. Holscher
Special Assistant United States Attorney